No. 02–1699. KOZ *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–1700. MCAFEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–1704. LEYVAS *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1705. SILBER ET AL. *v.* SILBER. Ct. App. N. Y. Certiorari denied.

No. 02–1707. BURKHART *v.* QUILICI. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 02–1708. SPETH *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–1709. LASSONDE *v.* PLEASANTON UNIFIED SCHOOL DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 02–1710. CITY OF CHICAGO, ILLINOIS *v.* WEINBERG. C. A. 7th Cir. Certiorari denied.

No. 02–1712. THURGOOD *v.* BURTON, JUDGE, THIRD JUDICIAL DISTRICT COURT OF UTAH, SALT LAKE COUNTY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1713. MIDWEST GAS SERVICES, INC., ET AL. *v.* INDIANA GAS CO., INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1715. PEGASUS ET AL., DBA SALSA DAVE'S *v.* RENO NEWSPAPERS, INC., DBA RENO GAZETTE-JOURNAL. Sup. Ct. Nev. Certiorari denied.

No. 02–1716. GRIFFIN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.